**Keystone PF Aston LLC**
3060 Peachtree Rd NW Ste 400
Atlanta, GA 30305

Direct Deposit Advice

*paylocity*

**Check Date**
December 20, 2019

**Voucher Number**
395

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 778.96 |
| **Total Direct Deposits** | | | **778.96** |

91672   17133-Carolina   171330157 395 330      91672
Craig Huska
23 Morgan Road
Aston, PA 19014

## Non Negotiable - This is not a check - Non Negotiable

### Keystone PF Aston LLC

**Craig Huska**                                                                                 **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | 171330157 | Fed Taxable Income | 882.97 |
| Location | 17133-Carolina | Fed Filing Status | S-8 |
| Hourly | $11.00 | State Filing Status | S-0 |

| | |
|---|---|
| Check Date | December 20, 2019 |
| Period Beginning | November 30, 2019 |
| Period Ending | December 13, 2019 |

| | |
|---|---|
| Voucher Number | 395 |
| Net Pay | 778.96 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Overtime | 16.50 | 0.18 | 2.97 | 2.97 |
| Regular | 11.00 | 80.00 | 880.00 | 2,169.75 |
| Gross Earnings | | 80.18 | 882.97 | 2,172.72 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.00 |
| MED | 12.80 | 31.50 |
| PA | 27.11 | 66.70 |
| PA-230701 | 8.83 | 21.73 |
| PASUI-E | 0.53 | 1.30 |
| SS | 54.74 | 134.70 |
| Taxes | 104.01 | 255.93 |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 778.96 |
| Total Direct Deposits | | | 778.96 |

Keystone PF Aston LLC | 3060 Peachtree Rd NW Ste 400 Atlanta, GA 30305 | (717) 737-2787 | FEIN: 83-3723948 | PA: 76-26232

**Keystone PF Aston LLC**
3060 Peachtree Rd NW Ste 400
Atlanta, GA 30305

Direct Deposit Advice

*paylocity*

Check Date
January 3, 2020

Voucher Number
419

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 543.73 |
| **Total Direct Deposits** | | | **543.73** |

91672   17133-Carolina   171330157 419 348      91672
Craig Huska
23 Morgan Road
Aston, PA  19014

### Non Negotiable - This is not a check - Non Negotiable

### Keystone PF Aston LLC

**Craig Huska**                                                                                    **Earnings Statement**

| Employee ID | 171330157 | Fed Taxable Income | 616.33 | Check Date | January 3, 2020 | Voucher Number | 419 |
| Location | 17133-Carolina | Fed Filing Status | S-8 | Period Beginning | December 14, 2019 | Net Pay | 543.73 |
| Hourly | $11.00 | State Filing Status | S-0 | Period Ending | December 27, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 11.00 | 56.03 | 616.33 | 616.33 |
| Gross Earnings | | 56.03 | 616.33 | 616.33 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.00 |
| MED | 8.94 | 8.94 |
| PA | 18.92 | 18.92 |
| PA-230701 | 6.16 | 6.16 |
| PASUI-E | 0.37 | 0.37 |
| SS | 38.21 | 38.21 |
| Taxes | 72.60 | 72.60 |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 543.73 |
| Total Direct Deposits | | | 543.73 |

**Keystone PF Aston LLC**
3060 Peachtree Rd NW Ste 400
Atlanta, GA 30305

Direct Deposit Advice

*paylocity*

**Check Date**
January 17, 2020

**Voucher Number**
444

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 916.53 |
| **Total Direct Deposits** | | | **916.53** |

91672   17133-Carolina   171330157 444 366   91672
Craig Huska
23 Morgan Road
Aston, PA 19014

## Non Negotiable - This is not a check - Non Negotiable

### Keystone PF Aston LLC

**Craig Huska**                                                                        **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 171330157 | Fed Taxable Income | 1,038.90 | Check Date | January 17, 2020 | Voucher Number 444 |
| Location | 17133-Carolina | Fed Filing Status | S-8 | Period Beginning | December 28, 2019 | Net Pay 916.53 |
| Hourly | $11.00 | State Filing Status | S-0 | Period Ending | January 10, 2020 | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Overtime | 16.50 | 9.63 | 158.90 | 158.90 |
| Regular | 11.00 | 80.00 | 880.00 | 1,496.33 |
| **Gross Earnings** | | **89.63** | **1,038.90** | **1,655.23** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.00 |
| MED | 15.06 | 24.00 |
| PA | 31.89 | 50.81 |
| PA-230701 | 10.39 | 16.55 |
| PASUI-E | 0.62 | 0.99 |
| SS | 64.41 | 102.62 |
| **Taxes** | **122.37** | **194.97** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 916.53 |
| **Total Direct Deposits** | | | **916.53** |

Keystone PF Aston LLC | 3060 Peachtree Rd NW Ste 400  Atlanta, GA 30305 | (717) 737-2787 | FEIN: 83-3723948 | PA: 76-26232

**Keystone PF Aston LLC**
3060 Peachtree Rd NW Ste 400
Atlanta, GA 30305

Direct Deposit Advice

*paylocity*

Check Date
January 31, 2020

Voucher Number
468

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 1,299.18 |
| **Total Direct Deposits** | | | **1,299.18** |

91672   17133-Carolina   171330157 468 383   91672
Craig Huska
23 Morgan Road
Aston, PA  19014

## Non Negotiable - This is not a check - Non Negotiable

### Keystone PF Aston LLC

**Craig Huska**

Earnings Statement

| | | |
|---|---|---|
| Employee ID | 171330157 | Fed Taxable Income   1,473.08 |
| Location | 17133-Carolina | Fed Filing Status   S-8 |
| Salary | $1,423.08 | State Filing Status   S-0 |

Check Date   January 31, 2020
Period Beginning   January 11, 2020
Period Ending   January 24, 2020

Voucher Number   468
Net Pay   1,299.18

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Overtime | | | | 158.90 |
| Phone | | 0.00 | 50.00 | 50.00 |
| Regular | | | | 1,496.33 |
| Salary | 17.79 | 80.00 | 1,423.08 | 1,423.08 |
| **Gross Earnings** | | **80.00** | **1,473.08** | **3,128.31** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 1,299.18 |
| **Total Direct Deposits** | | | **1,299.18** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.38 | 0.38 |
| MED | 21.36 | 45.36 |
| PA | 45.22 | 96.03 |
| PA-230701 | 14.73 | 31.28 |
| PASUI-E | 0.88 | 1.87 |
| SS | 91.33 | 193.95 |
| **Taxes** | **173.90** | **368.87** |

Keystone PF Aston LLC | 3060 Peachtree Rd NW Ste 400  Atlanta, GA 30305 | (717) 737-2787 | FEIN: 83-3723948 | PA: 76-26232

**Keystone PF Aston LLC**
3060 Peachtree Rd NW Ste 400
Atlanta, GA 30305

Direct Deposit Advice

*paylocity*

Check Date
February 14, 2020

Voucher Number
491

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 1,266.71 |
| **Total Direct Deposits** | | | **1,266.71** |

91672   17133-Carolina   171330157 491 399   91672

Craig Huska
23 Morgan Road
Aston, PA  19014

## Non Negotiable - This is not a check - Non Negotiable

### Keystone PF Aston LLC

**Craig Huska**                                                                                      **Earnings Statement**

| Employee ID | 171330157 | Fed Taxable Income | 1,435.88 | Check Date | February 14, 2020 | Voucher Number | 491 |
| Location | 17133-Carolina | Fed Filing Status | S-8 | Period Beginning | January 25, 2020 | Net Pay | 1,266.71 |
| Salary | $1,423.08 | State Filing Status | S-0 | Period Ending | February 7, 2020 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HSA ER | | 0.00 | 23.08 | 23.08 |
| Overtime | | | | 158.90 |
| Phone | | 0.00 | 50.00 | 100.00 |
| Regular | | | | 1,496.33 |
| Salary | 17.79 | 80.00 | 1,423.08 | 2,846.16 |
| **Gross Earnings** | | **80.00** | **1,496.16** | **4,624.47** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.38 |
| MED | 20.82 | 66.18 |
| PA | 44.08 | 140.11 |
| PA-230701 | 14.36 | 45.64 |
| PASUI-E | 0.88 | 2.75 |
| SS | 89.03 | 282.98 |
| **Taxes** | **169.17** | **538.04** |

| Deductions | Amount | YTD |
|---|---|---|
| HSA Emp | 34.62 | 34.62 |
| HSA ER | 23.08 | 23.08 |
| VIS - Emp | 2.58 | 2.58 |
| **Deductions** | **60.28** | **60.28** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| TD Bank | C | ***5920 | 1,266.71 |
| **Total Direct Deposits** | | | **1,266.71** |

Keystone PF Aston LLC | 3060 Peachtree Rd NW Ste 400 Atlanta, GA 30305 | (717) 737-2787 | FEIN: 83-3723948 | PA: 76-26232