```
                UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                     :    CHAPTER 13
                           :
CRAIG M. HUSKA             :
                           :
         DEBTOR            :    NO. 20-11035 (JKF)
```

## CERTIFICATE OF SERVICE

    I, David B. Spitofsky, Esquire, hereby certify that on April 23, 2020 I caused a true and correct copy of the attached First Amended Schedules I and J to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

        Frederic J. Baker, Esquire
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107

        Scott F. Waterman, Esquire
        Standing Chapter 13 Trustee
        2901 St. Lawrence Avenue, Suite 100
        Reading, PA 19606

        /s/ David B. Spitofsky
        David B. Spitofsky, Esquire
        516 Swede Street
        Norristown, PA 19401
        Phone No. (610) 272-4555
        Fax No. (610) 272-2961
        Email: spitofskylaw@verizon.net