UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Craig M. Huska | Bankruptcy No.20-11035-AMC

Debtor |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 10th day of July, 2020, by first class mail upon those

listed below:

Craig M. Huska
23 Morgan Road
Aston, PA  19014

**Electronically via CM/ECF System Only:**

DAVID B SPITOFSKY ESQ
516 SWEDE STREET
NORRISTOWN, PA  19401


*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee