| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 20-11035-AMC

Craig M. Huska
23 Morgan Road
Aston  PA    19014

Petition Filed Date: 02/20/2020
341 Hearing Date: 04/24/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2020 | $1,243.00 | | 05/28/2020 | $1,243.00 | | 06/29/2020 | $1,243.00 | |
| 07/27/2020 | $1,243.00 | | | | | | | |

**Total Receipts for the Period:  $4,972.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,972.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Craig M. Huska | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,972.00 | Current Monthly Payment: | $1,243.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $497.20 | Total Plan Base: | $73,337.00 |
| Funds on Hand: | $4,474.80 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.