| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11035-AMC**

Craig M. Huska
23 Morgan Road
Aston  PA    19014

Petition Filed Date: 02/20/2020
341 Hearing Date: 04/24/2020
Confirmation Date: 08/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2020 | $1,243.00 | | 05/28/2020 | $1,243.00 | | 06/29/2020 | $1,243.00 | |
| 07/27/2020 | $1,243.00 | | 08/27/2020 | $1,243.00 | | 09/28/2020 | $1,243.00 | |
| 10/27/2020 | $1,243.00 | | 11/30/2020 | $1,243.00 | | 12/29/2020 | $1,243.00 | |
| 01/27/2021 | $1,243.00 | | 03/01/2021 | $1,243.00 | | 03/29/2021 | $1,243.00 | |
| 04/27/2021 | $1,243.00 | | 05/27/2021 | $1,243.00 | | | | |

**Total Receipts for the Period:  $17,402.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,402.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Craig M. Huska | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,657.08 | $0.00 | $11,657.08 |
| 2 | TD RETAIL CREDIT SERVICES<br>»» 02S | Secured Creditors | $827.00 | $175.62 | $651.38 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 02U | Unsecured Creditors | $1,281.90 | $0.00 | $1,281.90 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 4 | FAIRWAY INDEPENDENT MORTGAGE CORP<br>»» 004 | Mortgage Arrears | $32,100.00 | $6,817.19 | $25,282.81 |
| 5 | DEXSTA FEDERAL CREDIT UNION<br>»» 005 | Secured Creditors | $21,477.95 | $4,561.33 | $16,916.62 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $2,673.46 | $0.00 | $2,673.46 |

**Chapter 13 Case No. 20-11035-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,402.00 | Current Monthly Payment: | $1,243.00 |
| Paid to Claims: | $14,804.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,479.16 | Total Plan Base: | $73,337.00 |
| Funds on Hand: | $1,118.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.