| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-11035-AMC

Craig M. Huska
23 Morgan Road
Aston  PA    19014

Petition Filed Date: 02/20/2020
341 Hearing Date: 04/24/2020
Confirmation Date: 08/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $1,243.00 | | 05/27/2021 | $1,243.00 | | 07/12/2021 | $1,243.00 | |
| 08/23/2021 | $1,243.00 | | 09/28/2021 | $1,243.00 | | 10/29/2021 | $1,243.00 | |
| 11/30/2021 | $1,243.00 | | 01/13/2022 | $1,243.00 | | 04/04/2022 | $1,243.00 | |
| 04/18/2022 | $757.00 | | 04/25/2022 | $600.00 | | 05/19/2022 | $1,243.00 | |
| 07/25/2022 | $2,000.00 | | | | | | | |

**Total Receipts for the Period:  $15,787.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $30,703.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Craig M. Huska | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK  »» 001 | Unsecured Creditors | $11,657.08 | $0.00 | $11,657.08 |
| 2 | TD RETAIL CREDIT SERVICES  »» 02S | Secured Creditors | $827.00 | $341.94 | $485.06 |
| 3 | TD RETAIL CREDIT SERVICES  »» 02U | Unsecured Creditors | $1,281.90 | $0.00 | $1,281.90 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 4 | FAIRWAY INDEPENDENT MORTGAGE CORP  »» 004 | Mortgage Arrears | $32,100.00 | $13,272.61 | $18,827.39 |
| 5 | DEXSTA FEDERAL CREDIT UNION  »» 005 | Secured Creditors | $21,477.95 | $8,880.63 | $12,597.32 |
| 6 | CITIBANK NA  »» 006 | Unsecured Creditors | $2,673.46 | $0.00 | $2,673.46 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

Chapter 13 Case No. 20-11035-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,703.00 | Current Monthly Payment: | $1,243.00 |
| Paid to Claims: | $26,245.18 | Arrearages: | $4,101.00 |
| Paid to Trustee: | $2,617.81 | Total Plan Base: | $73,337.00 |
| Funds on Hand: | $1,840.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.