| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-11035-AMC**

Craig M. Huska
23 Morgan Road
Aston  PA    19014

Petition Filed Date: 02/20/2020
341 Hearing Date: 04/24/2020
Confirmation Date: 08/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $1,243.00 | | 09/02/2022 | $1,243.00 | | 10/07/2022 | $700.00 | |
| 10/24/2022 | $1,000.00 | | 12/21/2022 | $4,889.00 | | 01/27/2023 | $600.00 | |
| 02/02/2023 | $643.00 | | 02/27/2023 | $600.00 | | 03/03/2023 | $643.00 | |
| 03/20/2023 | $643.00 | | 03/29/2023 | $600.00 | | 03/31/2023 | $643.00 | |
| 04/06/2023 | $600.00 | | 04/24/2023 | $600.00 | | 06/23/2023 | $1,243.00 | |
| 07/31/2023 | $643.00 | | | | | | | |

**Total Receipts for the Period: $16,533.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $47,236.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Craig M. Huska | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,657.08 | $0.00 | $11,657.08 |
| 2 | TD RETAIL CREDIT SERVICES<br>»» 02S | Secured Creditors | $827.00 | $591.75 | $235.25 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 02U | Unsecured Creditors | $1,281.90 | $0.00 | $1,281.90 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 4 | FAIRWAY INDEPENDENT MORTGAGE CORP<br>»» 004 | Mortgage Arrears | $32,100.00 | $22,969.23 | $9,130.77 |
| 5 | DEXSTA FEDERAL CREDIT UNION<br>»» 005 | Secured Creditors | $21,477.95 | $15,368.59 | $6,109.36 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $2,673.46 | $0.00 | $2,673.46 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

Chapter 13 Case No. 20-11035-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,236.00 | Current Monthly Payment: | $1,243.00 |
| Paid to Claims: | $42,679.57 | Arrearages: | $2,484.00 |
| Paid to Trustee: | $3,971.30 | Total Plan Base: | $73,337.00 |
| Funds on Hand: | $585.13 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.