United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 20-11035-amc

Craig M. Huska                                    Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                        Page 1 of 2

Date Rcvd: Nov 15, 2023                       Form ID: pdf900                              Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig M. Huska, 23 Morgan Road, Aston, PA 19014-2523 |
| 14470281 | + | Affirm, Inc., 1140 Broadway, New York, NY 10001-7504 |
| 14470278 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14494458 | + | Fairway Independent Mortgage Corporation, c/o ServiceMac, 9726 Old Bailes Rd., Suite #200, Fort Mill, SC 29707-7882 |
| 14482537 | + | Fairway Independent Mortgage Corporation, C/O Fairway Independent Mortgagee Corpor, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14470284 | + | Fairway Independent Mortgage Corporation, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14470286 | + | RetroFitness-Aston, c/o First Credit Services, Inc., 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2023 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2023 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14499069 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2023 00:56:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14470283 | | Email/Text: mrdiscen@discover.com | Nov 16 2023 00:46:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 14470282 | + | Email/Text: melissa.scarpitti@dexsta.com | Nov 16 2023 00:47:00 | Dexsta Federal Credit Union, 300 Foulk Road, Suite 100, Wilmington, DE 19803-3819 |
| 14475289 | | Email/Text: mrdiscen@discover.com | Nov 16 2023 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14470280 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 16 2023 00:47:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14470285 | ^ | MEBN | Nov 16 2023 00:35:58 | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14477592 | + | Email/Text: tdebn@credbankserv.com | Nov 16 2023 00:46:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14470287 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2023 00:56:13 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14470279 | *+ | Craig M. Huska, 23 Morgan Road, Aston, PA 19014-2523 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2023     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

**Name** **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Fairway Independent Mortgage Corporation bnicholas@kmllawgroup.com   bkgroup@kmllawgroup.com

DAVID B. SPITOFSKY
on behalf of Debtor Craig M. Huska spitofskybk@verizon.net
spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Fairway Independent Mortgage Corporation bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor Fairway Independent Mortgage Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  |  Chapter 13
    Craig M. Huska  |  
 |  Bankruptcy No. 20-11035-AMC
 |  
    Debtor  |  

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 15, 2023**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE